### MEADOWS *et al. v.* TAYLOR *et al.*

SIMMONS, J.—Under the facts as they appear in this record, the court did not err in dismissing the *certiorari.*        *Judgment affirmed.*

March 16, 1891.  Argued at the last term.

*Certiorari.* Practice. Elections. Stock-law. Before Judge ROBERTS. Pulaski superior court. May term, 1890.

The exception is to the dismissal of a *certiorari* on the ground that *certiorari* would not lie to the ministerial act of an ordinary in opening the returns of a stock-law election for a militia district, and proclaiming the result over the objections of the plaintiffs in *certiorari,* made before the returns were opened and the result declared, and in holding that this question would not be affected by the fact that at the time of the election and consolidation of the votes, a bill of exceptions was pending in the Supreme Court to a refusal of the judge of the superior court to sustain a *certiorari* brought by the same plaintiffs to the action of the ordinary in refusing to sustain their *caveat* to the petition for the election, and in ordering the election. The case made by the bill of exceptions last referred to will be found reported in 82 *Ga.* 738.

MARTIN & SMITH, for plaintiffs.

JORDAN & WATSON, by brief, for defendants.